**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALEXANDER DE JESUS URDANETA PERNETH**,<br><br>*Petitioner*,<br><br>v.<br><br>**J.L. JAMISON, Warden Of Philadelphia Federal Detention Center, et al.**,<br><br>*Respondents.* | **Case No. 2:26-cv-07668-JDW** |

**ORDER**

AND NOW, this 7th day of October, 2026, upon review of Petitioner Alexander de Jesus Urdaneta Perneth's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that Petitioner's counsel shall serve the Petition and this Order on Respondents at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, gregory.david@usdoj.gov, mark.sherer@usdoj.gov, daniella.lees@usdoj.gov, mansi.shah@usdoj.gov, and eric.wolfish@usdoj.gov.

It is **FURTHER ORDERED** that, on or before October 13, 2026,[1] Respondents shall:

1. Advise me whether they oppose Mr. Urdaneta Perneth's Petition;

---

[1] Respondents shall use their best efforts to expedite their review of the Petition and to gather relevant information in order to respond sooner than the required deadline, if possible.

2. If so, then identify the statutory provision that they contend provides the basis for Mr. Urdaneta Perneth's detention;

3. If the statutory basis for detention is 8 U.S.C. § 1225(b)(2), then show cause why the Third Circuit's decision in *Buele Morocho v. Warden Phila. FDC*, -- F.4th --, 2026 WL 2546223 (3d Cir. Aug. 28, 2026) is not controlling; and

4. If the statutory basis for detention is a provision other than 8 U.S.C. § 1225(b)(2), then provide documents related to Mr. Urdaneta Perneth's detention, including but not limited to the various immigration forms that immigration officers completed throughout their encounters with him.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.