**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALEXANDER DE JESUS URDANETA PERNETH**,<br><br>*Petitioner*,<br><br>v.<br><br>**J.L. JAMISON, Warden Of Philadelphia Federal Detention Center, et al.**,<br><br>*Respondents.* | **Case No. 2:26-cv-07668-JDW** |

**ORDER**

**AND NOW**, this 7th day of October, 2026, it is **ORDERED** that Respondents shall turn over, to the extent it exists, any body-worn camera footage of Mr. Urdaneta Perneth's arrest to his Counsel.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.